NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Plaintiff Fourte Design & Development, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Fourte Design & Development, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Oplink Communications, Inc. a Delaware corporation,<br><br>Defendant. | Case No. **'14CV3035 JAH KSC**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff Fourte Design & Development, LLC alleges as follows against Defendant Oplink Communications, Inc.:

## PARTIES

1. Plaintiff Fourte Design & Development, LLC ("Plaintiff") is a California limited liability company organized and existing under the laws of the State of California, with offices at 7139 Koll Center Parkway, Suite 250, Pleasanton, California 94566.

2. Plaintiff is informed and believes, and on that basis alleges, that Defendant Oplink Communications, Inc. ("Defendant") is a corporation incorporated in and existing under the laws of the State of Delaware with its corporate headquarters located at 46335 Landing Parkway, Fremont, CA 94538.

P:00923441:07580.001

1

COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

3. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. sections 1, *et* seq.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. sections 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendant and venue in this judicial district is proper because, on information and belief, Defendant engages in continuous and systematic business within the United States and within this judicial district and/or Defendant has placed infringing products into the stream of commerce by selling and/or offering to sell products into the United States and this judicial district with knowledge that such products would be shipped into and/or used in the United States and this judicial district.

## THE PATENT-IN-SUIT

6. U.S. Patent No. 6,872,010, entitled "Fiber Optic Connector Release Mechanism" (the "'010 Patent") was duly and legally granted on March 29, 2005. A true and correct copy of the '010 Patent is attached as **Exhibit A**.

7. At all times relevant to this action, Plaintiff is and has been the owner, by assignment, of all right, title and interest in the '010 Patent.

## COUNT I—INFRINGEMENT OF U.S. PATENT NO. 6,872,010

8. Plaintiff re-alleges and incorporates paragraphs 1 through 7 above.

9. On information and belief, Defendant has been and is now directly infringing the '010 Patent pursuant to 35 U.S.C. section 271(a) in the State of California, this judicial district and elsewhere in the United States by designing, making, manufacturing, operating, using, offering for sale, and/or selling within the United States and/or importing into the United States, one or more devices (the "Infringing Devices") that are covered by the inventions claimed in the '010 Patent.

10. The Infringing Devices include, without limitation, the following Oplink products:

    a.    XFP products designated as:

          TXPXGDS2x

          TXPXGGI2x

          TXP1GHL2s

          TXPCXGHI2x

          TXPCXGJL2x

          TXP1XGGI2xx

          TXP1XGHL2xx

    b.    CFP2 products designated as:

          CP21C04L2C000E1G

          CP21C04L2C000E2G

          CP21C0XSRC000E1G

          CP21C0XSRC000E2G

    c.    CFP4 products designated as:

          CP41C04L2C000E1G

          CP41C04L2C000E2G

11.    Plaintiff is informed and believes, and on that basis alleges, that Defendant has been and is now indirectly infringing the '010 Patent pursuant to 35 U.S.C. section 271(b) and/or (c) by intentionally inducing infringement and/or contributing to the infringement of the '010 Patent in the State of California, this judicial district and elsewhere in the United States by providing and/or selling the Infringing Devices to customers and/or users of those products.

12.    Plaintiff is informed and believes, and on that basis alleges, that the Infringing Devices were not and are not suitable for any substantial non-infringing use and that Defendant had and has knowledge that the Infringing Devices were and are designed to be used in a manner that infringes the '010 Patent.

13.    Defendant is liable for infringement of the '010 Patent pursuant to 35 U.S.C. section 271(a), (b) and/or (c).

1  14. Plaintiff has been damaged and injured by Defendant's infringement of the '010 Patent. Because of its infringing acts and for its unauthorized use of the inventions claimed in the '010 Patent, Defendant is liable to Plaintiff for damages in an amount no less than a reasonable royalty.

15. Defendant's infringement of the '010 Patent has caused and will continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law, unless Defendant is permanently enjoined from further infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

1. Adjudging that Defendant has infringed one or more claims of the '010 Patent;

2. Permanently enjoining Defendant and its officers, agents, servants, employees, attorneys and all others in active concert or participation with them from further infringement of Plaintiff's patent rights;

3. Awarding Plaintiff damages adequate to compensate it for Defendant's infringement, but in no event less than a reasonable royalty;

4. Awarding Plaintiff enhanced damages for Defendant's willful infringement;

5. Awarding Plaintiff pre-judgment and post-judgment interest;

6. Awarding Plaintiffs its costs and reasonable attorneys' fees as allowed by law; and

7. Awarding Plaintiff such other and further relief as this Court deems just and equitable.

DATED: December 31, 2014    SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/TANYA M. SCHIERLING
tschierling@swsslaw.com
Attorneys for Plaintiff
Fourte Design & Development, LLC

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial of all claims triable by a jury.

DATED:  December 31, 2014
SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/TANYA M. SCHIERLING
tschierling@swsslaw.com
Attorneys for Plaintiff
Fourte Design & Development, LLC